Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:

**Renee J. Pulido**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renee J. Pulido**, | **Case No.: 2:14-CV-02611-CMK** |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND/OR REMAND AND ORDER** |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security | |
| Defendant. | |

The parties, through counsel, stipulate to a 30-day extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to May 30, 2015. All remaining deadlines will be extended accordingly.

April 22, 2015

Respectfully submitted,

*/s/ Richard Allen Whitaker*
Richard Allen Whitaker, Esq.
Attorney for Plaintiff

April 22, 2015

Benjamin B. Wagner
United States Attorney

*/s/ Ann L. Maley*
Ann L. Maley
Special Assistant, U.S. Attorney

1

| | |
|---|---|
| 1 | |
| 2 | ORDER |

Dated: April 30, 2015

/s/ Craig M. Kellison
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE